NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MULTISCAN TECHNOLOGIES USA LLC, MULTISCAN TECHNOLOGIES, S.L.,**
*Plaintiffs-Appellees*

**v.**

**AVNER COHN,**
*Defendant-Appellant*

---

2025-1668

---

Appeal from the United States District Court for the Western District of Washington in No. 3:23-cv-05978-BHS, Senior Judge Benjamin H. Settle.

---

## O R D E R

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2                    MULTISCAN TECHNOLOGIES USA LLC v. COHN

(2)  Each side shall bear their own costs.

FOR THE COURT

May 9, 2025
    Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE:** May 9, 2025